UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 15-CR-117-1 (TSC) |
| | : | |
| v. | : | **FILED** |
| | : | |
| DARAYA MARSHALL, | : | **OCT 1 6 2017** |
| Defendant. | : | Clerk, U.S. District & Bankruptcy Courts for the District of Columbia |

STATEMENT OF OFFENSE

The parties in this case, the United States of America and the defendant, Daraya

Marshall, stipulate and agree that the following facts are true and accurate. These facts do not

constitute all of the facts known to the parties concerning the charged offenses; they are being

submitted to demonstrate that sufficient facts exist that the defendant committed the offenses to

which he is pleading guilty: four counts of Sex Trafficking of Children (victims M.G., M.S.,

A.C., and L.A.), in violation of 18 U.S.C. § 1591(a), (b)(2), (c), and 1594(a); one count of Sexual

Exploitation of a Minor (victim M.G.), in violation of 18 U.S.C. § 2251(a); and one count of

First Degree Child Sexual Abuse (victim A.C.), in violation of D.C. Code § 22-3008.

Statement of Facts

A.    Sex Trafficking Operation

Defendant Daraya Marshall (DOB 2/22/1980) ran a prostitution business out of his apartment

located at 3812 South Capitol Street SE, Apt. 104, Washington, D.C. At times, defendant Marshall had

six or more women and girls prostituting for him, including his co-defendant Jarnese Harris. Between

July 1, 2014, and June 29, 2015, at least four minors under the age of 18 were prostituted by defendant

Marshall. The defendants took provocative pictures of the women and girls and posted the pictures along

with advertisements on Backpage.com, a website used for commercial sex among other things.

Defendant Marshall would set the prices for the sexual services. The women and girls who worked for

the defendants did "in calls," where the customer came to the defendant Marshall's apartment to exchange money for sex, and "out calls," where the defendants transported or arranged transportation for the women and girls to go to the customer's location to exchange sex for money.  Out calls occurred in D.C., Maryland, and Virginia.  Defendant Marshall received a substantial cut of the proceeds earned.

**B.      Victim M.G. (DOB 10/XX/1998)**

Defendant Marshall began prostituting 15 year old M.G. in the summer of 2014. Defendant Marshall approached M.G., bought her food, and asked her if she wanted to make money.  From the summer of 2014 through June 2015, the defendants regularly transported M.G. from her house in Maryland to defendant Marshall's apartment on South Capitol Street in Washington, D.C., for the purpose of prostituting M.G.

The defendants each took provocative pictures of M.G. and posted the pictures on Backpage.com. M.G. used the name "Brownie" in the Backpage ads. The defendants drove M.G. throughout D.C. and Maryland to engage in commercial sex. Defendant Marshall set the prices for sexual services and M.G. was permitted to keep about 60% of the proceeds. M.G. usually gave Marshall the remaining 40%, but would give the money to Harris if Marshall was not there.

Defendant Marshall, then age 34, had vaginal intercourse with M.G. when M.G. was 15 years old at his apartment in Washington, D.C.

On October 12, 2014, Marshall used his cell phone to take pictures of M.G., who was then 15 years old, at his apartment in Washington, D.C.  Marshall's cell phone is a Samsung SGH i377Z that was manufactured in Korea.  In all of the pictures, M.G. is naked and her head and face are not.  M.G. is posed in various sexually suggestive ways to show her breasts, buttocks, or genitalia.  Marshall posted at least two of the images of M.G. taken this day in ads posted on Backpage.com.  One of the images taken by Marshall, file name 20141012_180840.jpg, depicts then 15-year old M.G. from her neck down to her ankles. M.G. is

completely naked and she is standing with her left foot resting on the seat of a chair, opening her legs so that her genitalia is both visible and at the center of the photograph. M.G.'s right arm is raised out of the picture, and her left arm is bent above her left leg. A couch and other items appear in the background.  These images were located in a search of Marshall's cell phone after his arrest.

On January 25, 2015, Marshall used his cell phone to take a series of pictures and videos of M.G., who was then 16 years old, at a stripper party at a location in Washington, D.C. Marshall's cell phone is a Samsung SGH i377Z that was manufactured in Korea.  The pictures and videos include visual depictions of M.G. engaging in sexually explicit conduct with another female. Although M.G.'s back is to the camera in some pictures and videos, other pictures and videos in the same series show M.G's face and her distinctive attire – a red, very loosely knit top that exposes her breasts and no other visible clothing. The other female in the photographs and videos is wearing a one-piece item of clothing that appears to be lingerie and knee-high black boots. The pictures and videos include the following:

- Electronic file titled 20150125_014419.mp4 is a video approximately 12 seconds in length. The video shows a female sitting with her legs held up and spread to expose her genitalia. M.G. is shown kneeling on the ground with her back to the camera and her face in the genital area of the sitting female.  M.G. appears to be engaging in oral-genital sexual intercourse with the other female.

- Electronic file titled 20150125_014422.jpg is a picture showing a female sitting with her legs held up and spread to expose her genitalia. M.G. is shown kneeling on the ground with her back to the camera and her face in the genital area of the

sitting female. M.G. appears to be engaging in oral-genital sexual intercourse with the other female.

- Electronic file titled 20150125_014547.jpg is a photograph showing a female sitting with her legs held up and spread to expose her genitalia. M.G. is shown with her back to the camera, her right hand on the other female's stomach, and her left hand inserted into the vagina of the sitting female.

- Electronic file titled 20150125_014548.mp4 approximately four seconds in length showing a female sitting with her legs up and spread to expose her genitalia. M.G. is shown with her back to the camera, her right hand on the other female's stomach, and her left hand inserted into the vagina of the sitting female.

These images and videos were located in a search of Marshall's phone after his arrest.

M.G. initially lied to defendant Marshall about her age and said she was 17. However, the defendants posted M.G. on Backpage.com on multiple occasions before her birthday when he believed she would turn 18. In addition, sometime after her birthday, defendant Marshall learned that M.G. was 16 years old. M.G.'s friend, M.S., told Marshall that they went to the same school and that M.G. was 16. In early 2015, on a day that defendant Marshall was taking M.G. home, he told her that he knew she was 16 years old. Defendant Marshall continued to post M.G. on Backpage.com and take a cut of the proceeds of any resulting commercial sex transactions even after learning M.G. was 16 years old. Defendant Marshall posted M.G. through June 2015.

## C.    Victim M.S. (DOB 7/XX/1997)

In January 2015, defendant Marshall met 17 year old M.S. through a mutual friend and immediately began recruiting her to work for them. Marshall explained how he would help her make money. M.S. understood that Marshall was referring to prostitution and told him that she

was 17 years old and not interested.  But Marshall kept pursuing M.S.  In addition, M.G. told M.S. about making money by working for the defendants and posting on Backpage.  In February 2015, M.S. agreed to have the defendants post her pictures and ad on Backpage.

From February until June 2015, the defendants would regularly pick M.S. from her home in Maryland and drive her to the defendants' residence in D.C. for the purpose of prostituting M.S.  The defendants each took provocative pictures of M.S. and posted those pictures in Backpage ads.  M.S. also provided pictures for the defendants to post.  Defendant Marshall gave M.S. the name "Luscious" in her Backpage ads and transported her throughout D.C. and Maryland to engage in commercial sex with customers who responded to the ads.  M.S. had to give Marshall between 20-50% of the proceeds.  If Marshall was not available M.S. gave the money to Harris.

### D.    Victim A.C. (DOB 9/XX/2000)

Beginning in May 2015, the defendants began prostituting a 14 year old named A.C. Marshall met A.C. through a couple of his friends who brought A.C. over to his house.  Once A.C. arrived, Marshall provided A.C. with food, shelter and marijuana. Marshall also activated A.C.'s phone. A.C. stayed at defendant Marshall's apartment off and on for several weeks.  A.C. told the defendants that she was 18 years old, but the defendants had opportunity to observe and interact with A.C. on a regular and close basis.  Harris told defendant Marshall that A.C. was not 18, and was no older than 16.

During this time, defendant Marshall told A.C. that she could make money by having sex with men and she agreed.  At defendant Marshall's direction, defendant Harris took provocative pictures of A.C. and posted them on Backpage.  Defendant Marshall gave A.C. the name "Cherry" in her Backpage ads.  Defendant Marshall told A.C. how much to charge for sex.  A.C.

typically gave 50% of the proceeds to Marshall, but she gave it to Harris if Marshall was not there. The defendants transported A.C. throughout D.C. and Maryland to meet customers for commercial sex. Customers would also come to defendant Marshall's apartment to have sex with A.C.

A.C.'s family came to looking for her at defendant Marshall's apartment on or about May 20, 2015. At that time, Marshall and A.C. were not present. A.C.'s family told Harris that A.C. was 14 years old. In addition, on that same date by phone and a few days later in person, A.C.'s family told Marshall that A.C. was 14 years old. M.G. and M.S. also told Marshall that A.C. was 14 years old. Defendant Marshall continued to regularly arrange commercial sex transactions for A.C. through the middle of June 2015, even after he became aware that A.C. was 14 years old.

On one occasion in May 2015, 35 year old Marshall engaged in vaginal intercourse with 14 year old A.C. at his residence in Washington, D.C.

E.    Victim L.A. (DOB 10/XX/99)

In June 2015, defendant Marshall began prostituting 15 year old L.A. Defendant Marshall met L.A. earlier in the spring through mutual friends. Defendant Marshall began recruiting L.A. to work for him as a prostitute, but she initially declined. Marshall was told by their mutual friend L.A.'s age, which was 15, and that L.A. was too young for him. In the weeks before L.A. began working for the defendants, L.A. spent time with the defendants at their apartment and also accompanied Marshall when he took defendant Harris on out calls. L.A. stayed in the car with Marshall when defendant Harris was with a customer.

In mid-June 2015, L.A. told defendant Marshall that she wanted to make money. The defendants took provocative pictures of L.A., which were posted in Backpage ads. Defendant Marshall gave L.A. the name "Grace" and told L.A. how much to charge for sexual services.

The defendants transported L.A. from D.C. to Maryland and Virginia to meet customers for commercial sex. Customers would also come to defendant Marshall's apartment to have sex with L.A. L.A. would keep a portion of the proceeds and give the rest to defendant Marshall. Defendant Marshall had the opportunity to observe and interact with L.A. on a regular and close basis.

### F.    Seizure of Evidence

Numerous items were seized by law enforcement during the course of this investigation, including:

1.    Items seized from the apartment of Harris and Marshall in Washington, D.C. during execution of search warrant on June 29, 2015:

- HP Laptop Pavilion G Series with power cord;
- Samsung cell phone;
- Alcatel One Touch cell phone with power cord;
- Sanyo Boost Mobile Cell Phone;
- Documents relating to sex trafficking of minors, including notebooks, notes, list of numbers, handwritten ledger, and draft advertisement;
- Miscellaneous items associated with sex trafficking of minors, including blanket, two wigs, black boots;
- Approximately 64 prepaid debit and credit cards;
- Digital scale.

2.    Items seized from Marshall's person or the vehicle he was in at the time of his arrest on June 29, 2015:

- $72 cash;
- Samsung Galaxy s4 with power cord.

3.    Vehicle registered to Harris that was seized from co-defendant Marshall after his arrest on June 29, 2015:

- Black 2003 Lexus, D.C. registration plate EX0341, vehicle identification number JT8BD6855Z0058250.

4.    Items seized from the black 2003Lexus during execution of search warrant on July 20, 2015:

- Metro PCS Box, IMEI, 014316006048437;

- ZTE Z667T cell phone, IMEI 865551025339900;
- Nine (9) Vanilla VISA prepaid debit cards.

The vehicle, a black 2003 Lexus, was one of the vehicles that the defendants used when operating their prostitution business, including to transport the minor victims for purposes of prostitution. The cell phones were used by the defendants to take pictures of the women and girls who worked for them, to post ads on Backpage, and to communicate with each other, the minor victims, and customers and potential customers. The prepaid debit and credit cards were used by the defendants to pay for Backpage ads and other expenses related to their business. The cash was proceeds from the prostitution business and/or from defendant Marshall's sale of marijuana and other drugs. The digital scale was paraphernalia for defendant Marshall's sale of marijuana and other drugs.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY

Cassidy Kesler Pinegar
Kenya K. Davis
Jason Park
Assistant United States Attorneys

8

## DEFENDANT'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have discussed it with my lawyers. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of Offense fully.

Date: 10/16/17

DARAYA MARSHALL
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 10/16/2017

JOANNE SLAIGHT, ESQ.
JOSEPH CONTE, ESQ.
Attorneys for Defendant Marshall